LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

DAVID M. KRINSKY
(202) 434-5338
dkrinsky@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 27, 2025

By Email

Eric Lentell
General Counsel
Archer Aviation Inc.

      Re:      Patent Licensing Opportunity

Dear Mr. Lentell:

We write on behalf of our client, Urban Aeronautics Limited ("UAL"). UAL is the assignee of a portfolio of patents related to aerospace technologies, including U.S. Patent No. 7,946,528 ("the '528 Patent"). These patents are the result of years of pioneering research by Dr. Raphael Yoeli.

It has come to our attention that Archer Aviation's aircraft use technology that may relate to Dr. Yoeli's work and intellectual property. Archer Aviation is currently working to develop and market at least the Maker and Midnight aircraft, which incorporate a number of safety features to allow safe landing in the event of a flight system subcomponent failure. We note that Archer Aviation has described some of its work in U.S. Patent Application Publication No. 2024/0400222.

Dr. Yoeli constructed UAL's first flying vehicle in the living room of his apartment and completed his first test flight in 2003. Since that time, UAL, led by Dr. Yoeli, has worked to solve many of the problems that are inherent in multi-rotor flying vehicle designs. One challenge that UAL worked to overcome was maintaining controllability and allowing a safe landing of the aircraft in the event of a subsystem failure. UAL and Dr. Yoeli solved this problem by developing a novel system that would allow the aircraft to operate at reduced power and performance sufficient to allow a safe emergency landing to be completed.  This system is described and claimed in the '528 Patent, among others. Archer Aviation appears to have incorporated this technology into at least the Archer Aviation Maker and Midnight aircraft. The attached claim chart reflects apparent similarities between the Archer Aviation Maker and Midnight and claim 1 of the '528 patent. While this chart is provided for illustration purposes, it is evident that Archer Aviation's aircraft systems fall under many other claims of the '528 Patent.

Exhibit B to Complaint

WILLIAMS & CONNOLLY LLP·

June 27, 2025
Page 2

     In this regard, we wanted to draw your attention to *Urban Aeronautics Limited v. Shenzhen DJI Sciences and Technologies Ltd.*, Civil No. 2:24-cv-00903 (E.D. Tex.).

     We write to explore whether Archer Aviation is open to discussing a license to UAL's patent portfolio. If so, we ask that you contact us by July 31, 2025.

Sincerely,

David M. Krinsky

Attachment

Exhibit B to Complaint

**Exemplary Claim Chart**
**U.S. Patent 7,946,528**

**Sources**

- Frost and Sullivan, Archer Aviation 2022 Company of the Year (2022) (available at https://www.frost.com/wp-content/uploads/2022/09/Archer-Aviation-Award-Write-Up.pdf)
- U.S. Patent Application Publication No. 2024/0400222 ('222 Publication)
- Archer Aviation Midnight (production aircraft), Electric VTOL News, https://evtol.news/archer/ (last visited May 8, 2025)

| Claim 1 | |
|---|---|
| **Claim Language** | **Archer Aviation Midnight and Maker Features** |
| **1(pre)** An aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails, said system comprising: | The Midnight and Maker aircraft contain an aircraft flight control system having plural control subsystems with redundancies organized so as to provide continued but degraded control power over critical aircraft flight operating parameters even if any one complete control subsystem catastrophically fails.  As one write-up of Archer Aviation's technology explains:<br><br>To eliminate any single point of failure within the aircraft, the company incorporates extensive redundancies. Each critical system has two or more modes of functioning and operation for ultimate safety. For example, if one of the eVTOL's multiple electric motors fails, the aircraft is still capable of safe flight. Redundant avionics include four flight control computers, fly-by-wire systems, pilot displays, and communication links between sensors, actuators, and flight controls. Additionally, multiple inertial navigation, global navigation satellite systems, and above-ground level sensors optimize data and operations for pilots and aircraft. The aircraft also includes sensors, a radar and laser altimeter, for measuring the height above ground. These multiple fail-safe measures ensure passengers enjoy a secure and reliable flight.<br><br>*"To eliminate any single point of failure within Archer's aircraft, the company incorporates extensive redundancies. Each critical system has two or more modes of functioning and operation for ultimate safety."*<br><br>Archer Aviation 2022 Company of the Year. |

Exhibit B to Complaint

| | |
|---|---|
| | With its customer-centric corporate philosophy, Archer operates on the central tenet that its success depends on an outstanding passenger experience. Through the years, the company has earned a sterling reputation among supporters on its path towards a sustainable eVTOL aircraft. With safety as a primary focus, the company's redundant fail-safes eliminate single points of failure in the aircraft's critical systems. These safety principles give passengers peace of mind when flying in an Archer aircraft. Archer Aviation 2022 Company of the Year. |
| **1(a)** a plurality of pilot controlled input sensors associated with each of a plurality of degrees of freedom in aircraft flight movement; | The Maker's and Midnight's flight control systems contain a plurality of pilot controlled input sensors, each of which is associated with each of a plurality of degrees of freedom in aircraft flight movement. The Maker and Midnight have a flight control system that includes multiple different pilot inputs that are used to control the aircraft's flight, including specific inputs that are associated with specific degrees of freedom. These include multiple inceptors that are connected to the flight control system and are used to "create roll, yaw, pitch, and/or thrust commands." '922 Publication ¶ [0083]. |
| **1(b)** a plurality of aircraft flight control actuators associated with each of the plurality of degrees of freedom in aircraft flight movement; | The Maker's and Midnight's flight control systems contain a plurality of aircraft flight control actuators associated with each of the plurality of degrees of freedom in aircraft flight movement. The Maker and Midnight have a flight control system that is "capable of controlling control surfaces and their associated actuators." '922 Publication ¶ [0053]. This system is designed respond to the failure of one or more actuator, and make "[a]lternative commands(s) (e.g. yaw, pitch, roll, thrust, or torque)" "in response to the failure of an actuator" to maintain controllability of the aircraft following a failure. '922 Publication ¶ [0076]. These flight control actuators are used to control flight surfaces, such as lift or tilt propellers, that are associated with the degrees of freedom in aircraft flight movement. '922 Publication ¶ [0043] ("[propellers] may be canted . . . about a line that is parallel to the forward-rearward direction, analogous to the roll degree of freedom of the aircraft"). |
| **1(c)** a plurality of aircraft flight state sensors associated with each of a | The Maker's and Midnight's flight control systems contain a plurality of aircraft flight state sensors associated with each of a plurality of aircraft flight state conditions including at least altitude and speed. |

Exhibit B to Complaint

| | |
|---|---|
| plurality of aircraft flight state conditions including at least altitude and speed; | The Maker and Midnight have a flight control system that includes "one or more sensors" that are used to detect the flight state conditions of the aircraft and surrounding environment conditions. '922 Publication ¶ [0050]. The aircraft include, at a minimum, sensors that are capable of measuring and providing data to the flight control system regarding "airspeed, vehicle orientation, vehicle load factor, measured acceleration, vehicle mass and inertia, air density, altitude, [and] aircraft mode." '922 Publication ¶ [0072]. |
| **1(d)** the plural control subsystems, each having at least one control computer subsystem connected to:<br><br>(a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom,<br><br>(b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and<br><br>(c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom; | The Maker's and Midnight's flight control systems contain plural control subsystems, each having at least one control computer subsystem connected to: (a) receive inputs from at least one of said pilot controlled input sensors for each of said plurality of degrees of freedom, (b) receive inputs from at least one of said flight state sensors for each of said plurality of aircraft flight conditions, and (c) provide outputs to at least one of said flight control actuators associated with each of said plural degrees of freedom.<br><br>As discussed above, in at least sections 1(a)-(c), the Maker and Midnight flight control systems have subsystems having pilot controlled input sensors, flight state sensors, and flight control actuators.<br><br>The flight control systems have control subsystems that each have "a flight control computer" that receives data from the sensors in the flight control system and controls the actuators in response. '922 Publication ¶ [0051]. These subsystems may have multiple flight control computers that receive and process data and provide outputs to the flight control actuator(s). '922 Publication ¶ [0052-55]. |

Exhibit B to Complaint

| | |
|---|---|
| **1(e)** said inputs and outputs to the control computer subsystem of each of said plural control subsystems being selected such that a catastrophic and complete failure of any one of said plural control subsystems causes continued control power over critical aircraft flight parameters by remaining unfailed ones of said plural control subsystems, degraded to less than 100% of total available control power, but sufficient to permit controlled aircraft descent to a landing. | The Maker's and Midnight's flight control systems contain inputs and outputs to the control computer subsystem of each of said plural control subsystems being selected such that a catastrophic and complete failure of any one of said plural control subsystems causes continued control power over critical aircraft flight parameters by remaining unfailed ones of said plural control subsystems, degraded to less than 100% of total available control power, but sufficient to permit controlled aircraft descent to a landing. As one write-up of Archer Aviation's technology explains:<br><br>To eliminate any single point of failure within the aircraft, the company incorporates extensive redundancies. Each critical system has two or more modes of functioning and operation for ultimate safety. For example, if one of the eVTOL's multiple electric motors fails, the aircraft is still capable of safe flight. Redundant avionics include four flight control computers, fly-by-wire systems, pilot displays, and communication links between sensors, actuators, and flight controls. Additionally, multiple inertial navigation, global navigation satellite systems, and above-ground level sensors optimize data and operations for pilots and aircraft. The aircraft also includes sensors, a radar and laser altimeter, for measuring the height above ground. These multiple fail-safe measures ensure passengers enjoy a secure and reliable flight.<br><br>*"To eliminate any single point of failure within Archer's aircraft, the company incorporates extensive redundancies. Each critical system has two or more modes of functioning and operation for ultimate safety."*<br><br>Archer Aviation 2022 Company of the Year.<br><br>With its customer-centric corporate philosophy, Archer operates on the central tenet that its success depends on an outstanding passenger experience. Through the years, the company has earned a sterling reputation among supporters on its path towards a sustainable eVTOL aircraft. With safety as a primary focus, the company's redundant fail-safes eliminate single points of failure in the aircraft's critical systems. These safety principles give passengers peace of mind when flying in an Archer aircraft.<br><br>Archer Aviation 2022 Company of the Year. |

Exhibit B to Complaint